IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JEZIAH JOHNSON,

      Plaintiff,

v.                              No.  2:21-cv-389 SMV/KRS

VICTOR ALATORRE,

      Defendant.

### ORDER QUASHING ORDER TO SHOW CAUSE
### AND TO FILE CLOSING DOCUMENTS

**THIS MATTER** comes before the Court on Plaintiff's Response to Order to Show Cause, (Doc. 5).  Plaintiff states the parties have reached an agreement to settle this matter without further litigation, and Plaintiff intends to file dismissal documents with the Court within the next 60 days.

**IT IS THEREFORE ORDERED** that the Court's Order to Show Cause, (Doc. 4), is hereby QUASHED.

**IT IS FURTHER ORDERED** that on or before **October 11, 2021** Plaintiff shall submit closing documents.

                                        _____
                                        KEVIN R. SWEAZEA
                                        UNITED STATES MAGISTRATE JUDGE