IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JEZIAH JOHNSON,

    Plaintiff,

v.                                                      No. 2:21-cv-389 SMV/KRS

VICTOR ALATORRE,

    Defendant.

## ORDER GRANTING MOTION TO EXTEND DEADLINE
## AND TO FILE STATUS REPORTS

**THIS MATTER** comes before the Court on Plaintiff's Motion for Extension of Time to File Closing Documents, (Doc. 7), filed September 22, 2021. Plaintiff states he has reached an agreement to settle this case, but he has a pending worker's compensation claim in Indiana that remains unresolved. Plaintiff states that under Indiana state law, he will waive his rights to worker's compensation benefits if his third-party case is resolved before his worker's compensation claim is resolved. Plaintiff further states that his employer has not consented to a release, judgment, or settlement with the third-party defendant. Therefore, Plaintiff asks the Court "to maintain the above-captioned matter on the Court's docket until consent is received and the proper dismissal documents can be filed." *Id.* at 2.

Having reviewed Plaintiff's motion and the record of the case, the Court will grant Plaintiff's Motion. The Court will further require Plaintiff to file monthly reports on the status of his worker's compensation claim and efforts to resolve this case.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Extension of Time to File Closing Documents, (Doc. 7,) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff shall file monthly status reports as set forth above. Plaintiff's first status report is due on **November 1, 2021**, and Plaintiff shall file status reports monthly thereafter.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE